STATE OF NEW JERSEY v. CONRAD CHAMBERS.

June 4, 1975. Petition for certification denied.

HAROLD HARRIS v. FREEHOLD TOWNSHIP COMMITTEE.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR BOLDEN.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN ELERBE.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH McEWEN.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES A. ROBINSON.

June 4, 1975. Petition for certification denied.